1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   Assistant United States Attorneys
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2767

**FILED**

SEP -1 2006



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-06-358 FCD |
| ) | |
| Plaintiff, ) | GOVERNMENT'S EX PARTE MOTION FOR NO |
| ) | BAIL ARREST WARRANT |
| v. ) | |
| ) | |
| JEFFRE SEAN SANDERSON, ) | |
| ALICE JEAN WIEGAND, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States hereby moves, ex parte, for no bail bench warrants to issue for the arrest of both defendants. Through an administrative oversight, the United States failed to move for no bail bench warrant when the indictment was returned on August 31, 2006. The defendants are not in either federal or state custody.

Dated: September 1, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Robert M. Twiss
ROBERT M. TWISS
Assistant U.S. Attorney

1   IT is so ORDERED.

2   Dated: September 1, 2006

3

4   *Dale A. Drozd*
    ————————————————
    HONORABLE DALE A. DROZD
5   United States Magistrate Judge