```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JEFFRE SANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JEFFRE SANDERSON and<br>ALICE WIEGAND,<br><br>    Defendants.<br>_____ | No. CR. S-06-358 FCD<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: October 2, 2006<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Jeffre Sanderson and Alice Wiegand, through their respective attorneys, that the status conference scheduled for October 2 may be continued to October 30, 2006, at 9:30 a.m.

  Defense counsel received discovery on September 27 and will forward it to their clients by mail. Additional time is needed to review this material and determine an appropriate course of action before the case is scheduled. So the defense may have adequate time to review discovery, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

1  Act may be excluded from the date of this order through October 30, 2006,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 27, 2006         /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for JEFFRE SANDERSON

Dated: September 27, 2006         /s/ T. Zindel for D. Brace
                                  DANNY BRACE
                                  Attorney for ALICE WIEGAND

                                  McGREGOR SCOTT
                                  United States Attorney

Dated: September 27, 2006         /s/ T. Zindel for R. Twiss
                                  ROBERT M. TWISS
                                  Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 30, 2006, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 30, 2006.

IT IS SO ORDERED.

Dated: September 28, 2006         /s/ Frank C. Damrell Jr.
                                  HON. FRANK C. DAMRELL, JR.
                                  United States District Judge

Stip. in U.S.A. v. Sanderson et al.        2