1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
JEFFRE SANDERSON
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR. S-06-358 FCD
                                    )
12                 Plaintiff,       )
                                    )   **STIPULATION AND ORDER**
13      v.                          )   **CONTINUING STATUS CONFERENCE**
                                    )   **AND EXCLUDING TIME**
14 JEFFRE SANDERSON and             )
ALICE WIEGAND,                      )
15                                  )   Date:  October 30, 2006
                   Defendants.      )   Time:  9:30 a.m.
16 _____  )   Judge: Hon. Frank C. Damrell, Jr.

17

18      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

19 of America, and defendants, Jeffre Sanderson and Alice Wiegand, through

20 their respective attorneys, that the status conference scheduled for

21 October 30 may be continued to December 18, 2006, at 9:30 a.m.

22      Additional time is needed by the parties to review discovery,

23 including discovery received within the past day by counsel for the

24 government and not yet disseminated.  So the defense may have adequate

25 time to review discovery and to determine how best to proceed in the

26 case, the parties agree that the ends of justice to be served by a

27 continuance outweigh the best interests of the public and the defendant

28 in a speedy trial and that time under the Speedy Trial Act may be

1  excluded from the date of this order through December 18, 2006, pursuant

2  to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender

5

6  Dated:  October 25, 2006          /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for JEFFRE SANDERSON

8

9  Dated:  October 25, 2006          /s/ T. Zindel for D. Brace
                                     DANNY BRACE
10                                   Attorney for ALICE WIEGAND

11                                   McGREGOR SCOTT
                                     United States Attorney

12

13  Dated:  October 25, 2006         /s/ T. Zindel for R. Twiss
                                     ROBERT M. TWISS
14                                   Assistant U.S. Attorney

15

16                         **O R D E R**

17       The status conference is continued to December 18, 2006, at

18  9:30 a.m.  For the reasons set forth above, the court finds that the ends

19  of justice to be served by a continuance outweigh the best interests of

20  the public and the defendant in a speedy trial and therefore excludes

21  time under the Speedy Trial Act through December 18, 2006.

22       IT IS SO ORDERED.

23

24  Dated:  October 25, 2006         /s/ Frank C. Damrell Jr.
                                     HON. FRANK C. DAMRELL, JR.
25                                   United States District Judge

26

27

28