1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JEFFRE SANDERSON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. CR. S-06-0358 FCD
                                    )
12              Plaintiff,          )
                                    ) **STIPULATION AND ORDER**
13      v.                          ) **CONTINUING STATUS CONFERENCE**
                                    ) **AND EXCLUDING TIME**
14 JEFFRE SANDERSON and             )
   ALICE WIEGAND,                   )
15                                  ) Date:  December 18, 2006
                Defendants.         ) Time:  9:30 a.m.
16 _____) Judge: Hon. Frank C. Damrell, Jr.

17

18      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
19 of America, and defendants, Jeffre Sanderson and Alice Wiegand, through
20 their respective attorneys, that the status conference scheduled for
21 December 18 may be continued to January 22, 2007, at 10:00 a.m.
22      Additional time is needed by the parties to review discovery,
23 including video discovery not yet reviewed by the defendants, and to
24 complete legal research that may bear on what pretrial motions are filed.
25 So the defense may have adequate time to prepare, the parties agree that
26 the ends of justice to be served by a continuance outweigh the best
27 interests of the public and the defendant in a speedy trial and that time
28 under the Speedy Trial Act may be excluded from the date of this order

1  through January 22, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                         Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender
5

6  Dated:   December 14, 2006              /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for JEFFRE SANDERSON
8

9  Dated:   December 14, 2006              /s/ T. Zindel for D. Brace
                                          DANNY BRACE
10                                        Attorney for ALICE WIEGAND

11                                        McGREGOR SCOTT
                                          United States Attorney
12

13 Dated:   December 14, 2006              /s/ T. Zindel for R. Twiss
                                          ROBERT M. TWISS
14                                        Assistant U.S. Attorney

15

16                              **O R D E R**

17       The status conference is continued to January 22, 2007, at 10:00
18 a.m.  For the reasons set forth above, the court finds that the ends of
19 justice to be served by a continuance outweigh the best interests of the
20 public and the defendant in a speedy trial and therefore excludes time
21 under the Speedy Trial Act through January 22, 2007.
22       IT IS SO ORDERED.

23

24 Dated:   December 15, 2006

25

26                                        _____
                                          FRANK C. DAMRELL, JR.
27                                        UNITED STATES DISTRICT JUDGE

28

                                    2