DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFRE SANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-0358 FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JEFFRE SANDERSON and ) | |
| ALICE WIEGAND, ) | |
| ) | Date: January 22, 2007 |
| Defendants. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Jeffre Sanderson and Alice Wiegand, through their respective attorneys, that the status conference scheduled for January 22 may be continued to March 5, 2007, at 10:00 a.m.

    The defense continued to investigate a number of issues raised in the discovery, a necessary predicate to deciding future scheduling, including the filing of pretrial motions. So the defense may have adequate time to prepare, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act

1  may be excluded from the date of this order through March 5, 2007,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: January 18, 2007                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JEFFRE SANDERSON

Dated: January 18, 2007                 /s/ T. Zindel for D. Brace
                                        DANNY BRACE
                                        Attorney for ALICE WIEGAND

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: January 18, 2007                 /s/ T. Zindel for R. Twiss
                                        ROBERT M. TWISS
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 5, 2007, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 5, 2007.

IT IS SO ORDERED.

Dated:  January 18, 2007

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE