DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFRE SANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR. S-06-358 FCD |
| ) | |
| Plaintiff,           ) | |
| ) | **STIPULATION AND ORDER** |
| v.           ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JEFFRE SANDERSON and           ) | |
| ALICE WIEGAND,           ) | |
| ) | Date:  March 5, 2007 |
| Defendants.           ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Jeffre Sanderson and Alice Wiegand, through their respective attorneys, that the status conference scheduled for March 5 may be continued to April 23, 2007, at 10:00 a.m.

　　　The defense continues to investigate a number of issues raised in the discovery, a necessary predicate to deciding future scheduling, including the filing of pretrial motions.  Meanwhile, the case has been reassigned within the U.S. Attorney's Office, and the new prosecutor is presently reviewing it.  So that both counsel may have adequate time to prepare, the parties agree that the ends of justice to be served by a

1 continuance outweigh the best interests of the public and the defendant
2 in a speedy trial and that time under the Speedy Trial Act may be
3 excluded from the date of this order through April 23, 2007, pursuant to
4 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 1, 2007           /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JEFFRE SANDERSON

Dated: March 1, 2007           /s/ T. Zindel for D. Brace
                               DANNY BRACE
                               Attorney for ALICE WIEGAND

                               McGREGOR SCOTT
                               United States Attorney

Dated: March 1, 2007           /s/ T. Zindel for M. Beckwith
                               MICHAEL BECKWITH
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 23, 2007, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 23, 2007.

IT IS SO ORDERED.

DATED: March 2, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2