DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFRE SANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFRE SANDERSON and ALICE WIEGAND,<br>Defendants. | No. CR. S-06-358 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: April 23, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Jeffre Sanderson and Alice Wiegand, through their respective attorneys, that the status conference scheduled for April 23 may be continued to May 21, 2007, at 10:00 a.m.

The government is about to release additional discovery to the defense and both parties continue to investigate factual issues. All of these matters must be completed before the case may be further scheduled. So that counsel for all parties may have adequate time to prepare, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy

1  trial and that time under the Speedy Trial Act may be excluded from the
2  date of this order through May 21, 2007, pursuant to 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: April 19, 2007                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JEFFRE SANDERSON

Dated: April 19, 2007                   /s/ T. Zindel for D. Brace
                                        DANNY BRACE
                                        Attorney for ALICE WIEGAND

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: April 19, 2007                   /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 21, 2007, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 21, 2007.

IT IS SO ORDERED.

Dated: April 20, 2007

                                        /s/ Frank C. Damrell, Jr.
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Sanderson et al.     2