DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFRE SANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR. S-06-358 FCD |
|                         )  |  |
| Plaintiff,        ) |  |
|                         )  | **STIPULATION AND ORDER** |
| v.        ) | **CONTINUING STATUS CONFERENCE** |
|                         )  | **AND EXCLUDING TIME** |
| JEFFRE SANDERSON and        ) |  |
| ALICE WIEGAND,        ) |  |
|                         )  | Date:  May 21, 2007 |
| Defendants.        ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Jeffre Sanderson and Alice Wiegand, through their respective attorneys, that the status conference scheduled for May 21 may be continued to June 18, 2007, at 10:00 a.m.

     The government has provided additional discovery to the defense, but the defense continues to seek to inspect other evidence seized during the search.  The parties have begun to discuss possible resolutions of this case but their discussions are not likely to be completed for several weeks.  So that counsel for all parties may have adequate time to prepare, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant

1  in a speedy trial and that time under the Speedy Trial Act may be
2  excluded from the date of this order through June 18, 2007, pursuant to
3  18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: May 16, 2007                     /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JEFFRE SANDERSON

Dated: May 16, 2007                     /s/ T. Zindel for D. Brace
                                        DANNY BRACE
                                        Attorney for ALICE WIEGAND

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: May 16, 2007                     /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney

**O R D E R**

The above stipulation is adopted as submitted EXCEPT the status conference is continued to July 2, 2007, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 2, 2007.

   IT IS SO ORDERED.

DATED: May 18, 2007

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE