```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFRE SANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-06-0358 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JEFFRE SANDERSON and ALICE WIEGAND, | "AS MODIFIED" |
| Defendants. | Date: July 2, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Jeffre Sanderson and Alice Wiegand, through their respective attorneys, that the status conference scheduled for July 13 may be continued to August 27, 2007, at 10:00 a.m.

    The defense has located and arranged to inspect other evidence seized during the search or defendants' residence, and is scheduled to travel to Quincy, California, in July to do so.  Because the results of this inspection may affect the parties' discussions, all counsel ask to continue the status conference to August 27, 2007, and agreed that the ends of justice to be served by a continuance outweigh the best interests

of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order, June 29, 2007 through August 27, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                            Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

Dated: June 28, 2007            /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for JEFFRE SANDERSON

Dated: June 28, 2007            /s/ T. Zindel for D. Brace
                            DANNY BRACE
                            Attorney for ALICE WIEGAND

                            McGREGOR SCOTT
                            United States Attorney

Dated: June 28, 2007            /s/ T. Zindel for M. Beckwith
                            MICHAEL BECKWITH
                            Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  June 29, 2007

                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE