```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFRE SANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0358 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JEFFRE SANDERSON and ) | |
| ALICE WIEGAND, ) | |
| ) | Date:  September 24, 2007 |
| Defendants. ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Jeffre Sanderson and Alice Wiegand, through their respective attorneys, that the status conference scheduled for August 27 may be continued to September 24, 2007, at 10:00 a.m.

    The defense recently inspected evidence remaining in the custody of local authorities in Quincy, California, and requested that additional materials be copied and provided in discovery, with hopes that the materials will further the parties' ongoing discussions.  In order that all may have time to review these materials, the parties ask to continue the status conference to September 24, 2007, and agree that the ends of justice to be served by a continuance outweigh the best interests of the

public and the defendant in a speedy trial, so that time under the Speedy Trial Act may be excluded from the date of this order through September 24, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 22, 2007         /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JEFFRE SANDERSON

Dated: August 22, 2007         /s/ T. Zindel for D. Brace
                               DANNY BRACE
                               Attorney for ALICE WIEGAND

                               McGREGOR SCOTT
                               United States Attorney

Dated: August 22, 2007         /s/ T. Zindel for M. Beckwith
                               MICHAEL BECKWITH
                               Assistant U.S. Attorney

# O R D E R

The status conference is continued to September 24, 2007, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 24, 2007.

IT IS SO ORDERED.

Dated:  August 22, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Sanderson et al.         2