```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JEFFRE SANDERSON
 6

 7
```

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0358 FCD |
| --- | --- | --- | --- |
| 12 | Plaintiff, | ) ) | |
| 13 | v. | ) ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| 14 | JEFFRE SANDERSON and ALICE WIEGAND, | ) ) ) | |
| 15 | Defendants. | ) ) | Date:  September 24, 2007 Time:  10:00 a.m. |
| 16 | _____ | ) | Judge: Hon. Frank C. Damrell, Jr. |

17

18       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

19  of America, and defendants, Jeffre Sanderson and Alice Wiegand, through

20  their respective attorneys, that the status conference scheduled for

21  September 24 may be continued to October 22, 2007, at 10:00 a.m.

22       The government recently provided additional discovery requested by

23  the defense and time is needed to review this material.  Meanwhile,

24  counsel for Mr. Sanderson will be in jury trial during the remainder of

25  September and much of October.  In order that all may have time to review

26  the new discovery, and to afford continuity of counsel to Mr. Sanderson,

27  the parties ask to continue the status conference to October 22, 2007,

28  and agree that the ends of justice to be served by a continuance outweigh

the best interests of the public and the defendant in a speedy trial, so that time under the Speedy Trial Act may be excluded from the date of this order through October 22, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 20, 2007      /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JEFFRE SANDERSON

Dated: September 20, 2007      /s/ T. Zindel for D. Brace
                               DANNY BRACE
                               Attorney for ALICE WIEGAND

                               McGREGOR SCOTT
                               United States Attorney

Dated: September 20, 2007      /s/ T. Zindel for M. Beckwith
                               MICHAEL BECKWITH
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 22, 2007, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 22, 2007.

IT IS SO ORDERED.

Dated:  September 21, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE