1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Ste. 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   2:06-cr-0358 FCD
                                )
12          Plaintiff,          )   PRELIMINARY ORDER OF
                                )   FORFEITURE
13      v.                      )
                                )
14 ALICE WIEGAND,               )
                                )
15          Defendant.          )
   _____)

16

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Alice Wiegand, it is

19 hereby

20      ORDERED, ADJUDGED AND DECREED as follows:

21      1.   Pursuant to 21 U.S.C. § 853(a), defendant Alice

22 Wiegand's interest in the following property shall be condemned

23 and forfeited to the United States of America, to be disposed of

24 according to law:

25          a.   A $115,000 sub *res* in lieu of real property
                 located in Plumas County at 400 Rush Creek
26               Road, Twain, California, Assessor's Parcel

27

28

                              1

Number 002-390-010[1].

The sub *res* shall be paid prior to the imposition of sentence. If the sub *res* of $115,000.00 is not paid prior to the imposition of sentence, then defendant Alice Wiegand forfeits her right, title, and interest in the real property located at 400 Rush Creek Road, Twain, California, Assessor's Parcel Number 002-390-010.

2.   Defendant Alice Wiegand shall send the $115,000 sub *res* in the form of a cashier's check, made directly payable to the U.S. Marshals Service, to the following address: U.S. Attorney's Office, Forfeiture Unit, 501 I Street, Ste. 10-100, Sacramento, California 95814.   Said funds shall be held by the U.S. Marshals Service pending further order of the Court.

3.   The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 846 and 841(a)(1).

4.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service in its secure custody and control.

5.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Feather River Bulletin</u> (Plumas County), a newspaper of general circulation located in the county

---

[1] The United States and defendant Alice Wiegand have agreed to a sub *res* in the amount of $115,000 rather than the $168,000 sub *res* listed in the Plea Agreement filed November 5, 2007.

1  in which the above-listed real property is located, notice of

2  this Order, notice of the Attorney General's intent to dispose of

3  the property in such manner as the Attorney General may direct,

4  and notice that any person, other than the defendant, having or

5  claiming a legal interest in the above-listed property must file

6  a petition with the Court within thirty (30) days of the final

7  publication of the notice or of receipt of actual notice,

8  whichever is earlier.

9        b.   This notice shall state that the petition shall be

10 for a hearing to adjudicate the validity of the petitioner's

11 alleged interest in the property, shall be signed by the

12 petitioner under penalty of perjury, and shall set forth the

13 nature and extent of the petitioner's right, title, or interest

14 in the property and any additional facts supporting the

15 petitioner's claim and the relief sought.

16       c.   The United States may also, to the extent

17 practicable, provide direct written notice to any person known to

18 have alleged an interest in the property that is the subject of

19 the Order of Forfeiture, as a substitute for published notice as

20 to those persons no notified.

21    6.   If a petition is timely filed, upon adjudication of all

22 third-party interests, if any, this Court will enter a Final

23 Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all

24 interests will be addressed.

25       SO ORDERED this 4TH day of <u>March</u>, 2008.

26

27

28                              _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE

                                        3