McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 06-358 FCD |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| ALICE WIEGAND, ) | |
| Defendant. ) | |

WHEREAS, on or about March 5, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Alice Wiegand forfeiting to the United States the following property:

   a.   A $115,000 sub *res* in lieu of real property located in Plumas County at 400 Rush Creek Road, Twain, California, Assessor's Parcel Number 002-390-010[1].

AND WHEREAS, on March 19, 26, and April 2, 2008, the United States published notification of the Court's Order of Forfeiture in

---

1 The United States and defendant Alice Wiegand agreed to a sub *res* in the amount of $115,000 rather than the $168,000 sub *res* listed in the Plea Agreement filed November 5, 2007.

1

1 the <u>Feather River Bulletin</u> (Plumas County), a newspaper of general circulation located in the county in which the above listed property is located.  Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the United States of America provided direct written notice to Severson & Werson.  Severson & Werson is the law firm representing lien holder Countrywide Home Loans, Inc. (hereafter "Countrywide").  The government and Countrywide allowed defendant Alice Wiegand to complete the sale of the real property located at 400 Rush Creek Road, Twain, California.  On or about June 5, 2008, Countrywide was paid in full what they were owed through escrow.  On or about June 6, 2008, the government received a Chicago Title Company check in the amount of $110,927.81, which represents the net proceeds from the sale of the real property;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-described property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Alice Wiegand:

        a.  A $110,927.81 sub *res* in lieu of real property located in Plumas County at 400 Rush Creek Road, Twain, California, Assessor's Parcel Number 002-390-010.

2

 1        2.   All right, title, and interest in the above-described
 2   property shall vest solely in the name of the United States of
 3   America.
 4        3.   The U.S. Marshals Service shall maintain custody of and
 5   control over the subject property until it is disposed of according
 6   to law.
 7        SO ORDERED THIS 18th day of July, 2008.

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    United States District Judge