DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>ALICE JEAN WIEGAND,<br><br>                    Defendant | Case No.:  CR.S-06-358-02  FCD<br><br>STIPULATION AND ORDER FOR EXTENSION OF VOLUNTARY SURRENDER DATE |

The parties agree and hereby stipulate:

Defendant Alice Jean Wiegand, was sentenced on April 18, 2008, and was ordered to voluntary surrender herself to the Bureau of Prison to begin her 6 month sentence on December 1, 2008, at 2:00 p.m.

Ms. Wiegand had arranged for her husband's grandparents, Dean and Patricia Fiant, to care for their two young children while incarcerated.  Her husband, Jeffre Sanderson, is currently incarcerated in this case until June 25, 2009.   Unfortunately, Dean Fiant, was diagnosed with a cancerous brain tumor after having seizures.  At this time, neither he nor his wife will be able to care for their children while both are incarcerated. (Please see attached letter).  Ms. Wiegand has no one else available to care for their children for the six months both her and her husband will be incarcerated.

It is therefore agreed that based on the above circumstances, Ms. Wiegand's voluntary

Stipulation and Order - 1

1  surrender date should be extended and changed to a surrender to the Bureau of Prisons on July

2  13, 2009, at 2:00 p.m., in order to allow for the care of her children.

3                                       Respectfully Submitted

4

Dated this 24th day of November, 2008

                                                  By: /s/ Danny D. Brace, Jr.
                                                      DANNY D. BRACE, JR.,
                                                      Attorney for Alice Jean
                                                      Wiegand


                                                  By:  /s/ Michael Beckwith
                                                       MICHAEL BECKWITH
                                                       United States Attorney

IT IS SO ORDERED:

Dated: November 24, 2008

                                                  _____
                                                  FRANK C. DAMRELL, JR.
                                                  UNITED STATES DISTRICT JUDGE